IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(CLARKSBURG DIVISION)

**WILLIAM L. CATHER and BRENDA L. CATHER,**
**husband and wife, CHARLES H. CATHER and**
**LINDA F. CATHER, husband and wife,**
**EVERET P. BICE, JR. and ELIZABETH BICE,**
**husband and wife, and ROBERT JUNIOR**
**HEMPHILL, TRUSTEE OF TRUST A CREATED**
**UNDER THE HEMPHILL FAMILY TRUST**
**DATED OCTOBER 17, 1995, AS AMENDED,**

      Plaintiffs,

v.                                                   Civil Action No. 1:17-cv-208
                                                           Honorable Irene M. Keeley

**EQT PRODUCTION COMPANY,**
**EQT GATHERING, LLC (d/b/a**
**"EQT MIDSTREAM"), EQT ENERGY, LLC,**
**EQT MIDSTREAM SERVICES, LLC,**
**EQT CORPORATION, and**
**EQUITRANS, L.P.,**

      Defendants.

## DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

      Defendants EQT Production Company, EQT Gathering, LLC, EQT Energy, LLC, EQT Midstream Services, LLC, EQT Corporation, and Equitrans, L.P. (collectively "Defendants"), by counsel, move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for partial dismissal of Plaintiffs' *Complaint*.[1]  Specifically, Defendants move to dismiss for failure to state a claim for Plaintiffs' claims for alter ego, Count IV; fraud, Count V; civil conspiracy to commit

---

[1] Upon a ruling from this Court concerning *Defendants' Motion for Partial Dismissal*, Defendants are prepared to and will file an answer concerning Plaintiffs' causes of action addressed in its aforementioned Motion. Although, at this time, Defendants state that they deny any and all allegations of alter ego; fraud; civil conspiracy to commit fraud; breach of contract; conversion; unconscionability and breach of the duty of fair dealing; violation of West Virginia Consumer Credit and Protection Act ("WVCCPA"), Article 2; violation of WVCCPA, Article 6; and punitive damages as well as Plaintiffs' alleged entitlement to damages for the aforementioned causes of action.

{B3562136.1}

fraud, VI; conversion, Count VIII; unconscionability and breach of the duty of fair dealing, Count IX; Article 6 of the West Virginia Consumer Credit and Protection Act, Count XI; Article 2 of the West Virginia Consumer Credit and Protection Act, Count X; breach of contract against EQT Gathering, LLC, EQT Energy, LLC, EQT Midstream Services, LLC, EQT Corporation, and Equitrans, L.P., Count VII; punitive damages, Count XIII; and Plaintiffs' request for attorneys' fees.

      Respectfully submitted,

      **EQT PRODUCTION COMPANY,**
      **EQT GATHERING, LLC, EQT ENERGY,**
      **LLC, EQT MIDSTREAM SERVICES, LLC,**
      **EQT CORPORATION, and**
      **EQUITRANS, L.P.,**

      By Counsel

      /s/ Katrina N. Bowers
      Timothy M. Miller (WVSB #2564)
      Katrina N. Bowers (WVSB #12337)
      Babst Calland, P.C.
      300 Summers Street, Suite 1000
      Charleston, WV 25301
      (681) 205-8888 (main)
      (681) 205-8814 (fax)
      tmiller@babstcalland.com
      kbowers@babstcalland.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(CLARKSBURG DIVISION)

**WILLIAM L. CATHER, and BRENDA L. CATHER,**
husband and wife, **CHARLES H. CATHER, and**
**LINDA F. CATHER,** husband and wife,
**EVERET P. BICE, JR. and ELIZABETH BICE,**
husband and wife, and **ROBERT JUNIOR**
**HEMPHILL, TRUSTEE OF TRUST A CREATED**
**UNDER THE HEMPHILL FAMILY TRUST**
**DATED OCTOBER 17, 1995, AS AMENDED,**

    **Plaintiffs,**

v.                                                             Civil Action No. 1:17-cv-208
                                                             Honorable Irene M. Keeley

**EQT PRODUCTION COMPANY,**
**EQT GATHERING, LLC (d/b/a**
**"EQT MIDSTREAM"), EQT ENERGY, LLC,**
**EQT MIDSTREAM SERVICES, LLC,**
**EQT CORPORATION, AND**
**EQUITRANS, L.P.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for EQT Production Company, EQT Gathering, LLC, EQT Energy, LLC, EQT Midstream Services, LLC, EQT Corporation, and Equitrans, L.P., hereby certifies I served a true and accurate copy of the attached Defendants' Motion for Partial Dismissal for filing and uploading to the CM/ECF system which will send electronic notifications of such filing to the following counsel of record this 1st day of February, 2018:

John F. McCuskey, Esquire
Brian Warner, Esquire
Shuman, McCuskey & Slicer, PLLC
1445 Stewartstown Road, Suite 200
(304) 291-2702
(304) 291-2840 fax
*Counsel for Plaintiffs*

{B3562136.1}

                                          /s/ Katrina N. Bowers
                                          Katrina N. Bowers (WV Bar No. 12337)